CHARLES GOLDMAN, Doing Business as CHARLES GOLD-
MAN CO., Appellant, *v.* INSURANCE COMPANY OF NORTH
AMERICA, Respondent.

*Insurance — policy covering theft of entire shipping package — when
insured may not recover for theft of part of contents.*

*Goldman* v. *Insurance Co. of North America*, 194 App. Div. 266,
affirmed.

(Argued January 19, 1922; decided February 3, 1922.)

APPEAL, by permission, from a judgment entered
December 3, 1920, upon an order of the Appellate Division
of the Supreme Court in the first judicial department,
which reversed a determination of the Appellate Term
affirming a judgment of the Municipal Court of the
city of New York in favor of plaintiff and directed a
dismissal of the complaint. The action was upon an
insurance policy which, after including theft as one of the
risks thereby covered, stated " except as hereinafter
specified," and then provided: " This policy covers theft
of an entire shipping package but.all pilferage is expressly
excluded." The shipment was of twelve pieces of woolen
cloth, each piece wrapped in a separate piece of paper,
but all included in one wooden case which was closed,
nailed up, marked and addressed to the consignee. When
it reached the consignee five pieces were missing from the
case. The Appellate Division held that the policy covered
the theft of an entire package but not the theft of a
part thereof and that plaintiff could not recover.

*Joseph L. Prager* and *Arnold Furst* for appellant.
*Joseph Levy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN and CRANE, JJ. Dissenting: HOGAN and ANDREWS, JJ.